writ of certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–6534. BLACK v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 73–6304. HOFFMAN ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ET AL.; and

No. 73–6416. BRADY v. NIELSEN, U. S. DISTRICT JUDGE (STATE BAR OF CALIFORNIA ET AL., REAL PARTIES IN INTEREST). Motions for leave to file petitions for writs of mandamus denied.

No. 72–1661. INTERNATIONAL BUSINESS MACHINES CORP. v. UNITED STATES ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition and/or certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–1064. INTERNATIONAL BUSINESS MACHINES CORP. v. UNITED STATES ET AL. Motion for leave to file petition for writ of mandamus and other relief denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–6296. THERIAULT v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 73–1046. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, and WELFARE v. DIAZ ET AL. Appeal from